IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON JANE SANGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 25-cv-02162-MMC<br><br>**ORDER OF DISMISSAL** |

The parties having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within ninety days, that the agreed-upon consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: August 6, 2025

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice, and, should the parties request therein the Court retain jurisdiction to enforce the terms of the settlement agreement, the parties shall attach thereto a copy of the settlement agreement.